

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alexander Judka*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*     main: (973) 645-2700
*Newark, New Jersey 07102*        direct: (973) 645-2825
*Alexander.judka@usdoj.gov*

July 21, 2026

**By ECF**
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:**   *Mejia Henriquez v. Blanche, et al,* **No. 26-cv-8565 (CCC)**
> **Update Regarding Petitioner's Release**

Dear Judge Cecchi:

This Office represents Respondents in the above-referenced habeas matter. We write in response to the Court's July 20, 2026 Text Order, ECF No. 4, to respectfully inform the Court that U.S. Immigration and Customs Enforcement ("ICE") released Petitioner from custody at 8:27 p.m. on July 20, 2026. Petitioner was released under the same conditions that existed prior to detention. Furthermore, while Petitioner was released with some of his property, his counsel contacted this Office to advise that he was without certain items. ICE was advised of the issue and is expeditiously working to return the remainder of Petitioner's property.

We thank you for your attention to this matter.

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By:   s/ Alexander Judka
ALEXANDER JUDKA
Assistant United States Attorney
*Attorneys for Respondents*

In light of Petitioner's release, the
Clerk's Office shall close this matter.

SO ORDERED

   *s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:   8/13/2026